IN THE MATTER OF: THE FORECLOSURE OF THE DEED OF TRUST EXE-CUTED BY FIRST RESORT PROPERTIES OF N.C. INC. TO SAMUEL H. POOLE, TRUSTEE, AND CHARLES BILLINGS AND WIFE, JANICE BILL-INGS, BENEFICIARIES, RECORDED IN BOOK 362, PAGE 544, MOORE COUNTY REGISTRY

No. 8820SC1023·

(Filed 6 June 1989)

APPEAL by petitioners from *Helms (William H.), Judge*. Order entered 6 June 1988 in Superior Court, MOORE County. Heard in the Court of Appeals 13 April 1989.

BLACK v. BLACK

[94 N.C. App. 220 (1989)]

*Jack E. Carter for petitioners-appellants Charles and Janice Billings.*

*Parham, Helms and Kellam, by Raymond L. Lancaster and William H. Trotter, Jr., for respondent-appellee Berkeley Federal Savings and Loan Association.*

LEWIS, Judge.

This appeal concerns an order dismissing the foreclosure proceedings on the second of two tracts of land covered by a deed of trust. The issue raised by this appeal is the same as that presented by case number 8820SC1022 filed by this Court this same day. For the reasons stated in that opinion, the order of the trial court is affirmed.

Affirmed.

Judge ARNOLD concurs.

Judge GREENE dissents.

Judge GREENE dissenting.

I dissent for the same reasons stated in my dissenting opinion in case number 8820SC1022.